## UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

MCKAY CREWS, ET AL.

VERSUS

PARAMOUNT RECOVERY SYSTEMS

CIVIL ACTION

NO. 20-864-SDD-SDJ

### ORDER

**CONSIDERING** the *Order*[1] filed in the above captioned matter;

**IT IS HEREBY ORDERED** that Plaintiffs' claims against Defendant are hereby DISMISSED without prejudice to the right, upon good cause shown within sixty (60) days, to reopen the action if the settlement is not consummated.

Signed in Baton Rouge, Louisiana on May 26, 2023.

_____
**CHIEF JUDGE SHELLY D. DICK
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA**

---

[1] Rec. Doc. 46

Jury